ORIGINAL

FILED
JUN 16 2008
U.S. COURT OF FEDERAL CLAIMS

In The United States Court of Federal Claims

| | | |
|---|---|---|
| TETRA TECH EC, INC. | § | |
| Plaintiff | § | No. 08-434 C |
| v. | § | |
| THE UNITED STATES | § | |
| Defendant | § | |

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the RULES OF THE COURT OF FEDERAL CLAIMS, Tetra Tech EC, Inc., ("TtEC") hereby files its disclosure statement and would show the Court as follows: Tetra Tech EC, Inc., formerly Foster Wheeler Environmental Corporation, is a Delaware corporation. It is owned by Tetra Tech, Inc.

Respectfully submitted,

Dated: 06-12-08

Patricia M Rosendahl

William M. Coats
Patricia McGarvey Rosendahl
COATS, ROSE, YALE, RYMAN & LEE, P.C.
3 E. Greenway Plaza, Suite 2000
Houston, Texas 77046
Telephone: (713) 651-0111
Telecopier: (713) 651-0220

ATTORNEYS FOR TETRA TECH EC, INC.