IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TETRA TECH EC, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-434C |
| | ) | (Senior Judge Wiese) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 45-day enlargement of time, to and including September 29, 2008, within which to file a response to the complaint filed by plaintiff, Tetra Tech EC, Inc. Our response is currently due on August 15, 2008. Plaintiff's counsel does not oppose our request.

This is our first request for an enlargement of time for this purpose. Due to the complexity of the issues involved in the case and the volume of material, the additional time requested is necessary for agency counsel to complete collection of relevant documents and for defendant's counsel to review the case file, and coordinate with agency counsel, and to prepare an appropriate response to the complaint.

For the these reasons, we respectfully request that the Court grant our unopposed motion to enlarge the time within which to respond to the complaint, by 45 days, to and including September 29, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ Joseph A. Pixley
JOSEPH A. PIXLEY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit 8th Floor
Washington, DC 20530
Tel. (202) 307-0843
Fax. (202) 307-0972

August 13, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on the 13th day of August, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joseph A. Pixley