# In the United States Court of Federal Claims

No. 08-434C
Filed: August 19, 2008

| | |
|---|---|
| TETRA TECH EC, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

GRANTING MOTION FOR ENLARGEMENT

Defendant's August 13, 2008, unopposed motion for an enlargement of time, to and including September 29, 2008, within which to respond to plaintiff's complaint is GRANTED.

s/John P. Wiese
John P. Wiese
Judge